516

707 A.2d 512

Phillip A. RICHARD and Mary Ann Richard, Individually and on behalf of all others similarly situated,

v.

METROPOLITAN LIFE INSURANCE COMPANY.

Appeal of METROPOLITAN LIFE INSURANCE COMPANY, Metropolitan Insurance and Annuity Company and Metropolitan Tower Life Insurance Company.

Supreme Court of Pennsylvania.

Argued March 9, 1998.

Decided April 3, 1998.

Frederick N. Egler, Jr., William M. Wycoff, Deborah P. Powell, Pittsburgh, for Metropolitan Life Ins. Co.

Joseph N. Kravec, Jr., Michael P. Malakoff, Pittsburgh, for Phillip and Mary Ann Richard.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.